NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**P TECH, LLC,**
*Appellant*

**v.**

**ARTHREX, INC.,**
*Appellee*

---

2024-1265

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00717.

---

## JUDGMENT

---

ROBERT M. EVANS, JR., Lewis Rice LLC, St. Louis, MO, argued for appellant. Also represented by MICHAEL HENRY DURBIN, MICHAEL J. HARTLEY, KATHLEEN MARKOWSKI PETRILLO.

JUSTIN J. OLIVER, Venable LLP, Washington, DC, argued for appellee. Also represented by MEGAN S. WOODWORTH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 9, 2025
Date

Jarrett B. Perlow
Clerk of Court